1

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

**22-589**
**SECT. E MAG. 5**

Jason J. Spikes
v.
22ND Clerk of Court
Johnny D. Crain, Jr
2ND Deputy Clerk of Court
Tammy Spears

Case No.

Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241
28 USCA § 1651
28 USCA § 1367 Spikes vs. Louisiana 18-08884 Eastern District of Louisiana

## Personal Information

1. (a) Your full name: Jason Jarrell ~~Hughes~~ Spikes
   (b) Other names you have used: Jason Jarrell Hughes

2. Place of confinement:
   (a) Name of institution: Rayburn Correctional Center
   (b) Address: 27268 Hwy. 21 Angie, LA 70426
   (c) Your identification number: 337025

3. Are you currently being held on orders by: State authorities

4. Are you currently:
Serving a sentence (incarcerated, parole, probation, etc.) after having been

TENDERED FOR FILING
MAR 08 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee Paid_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____

2.

been convicted of a crime

If you are currently serving a sentence, provide:
(a) Name and location of court that sentenced you: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number of criminal case: #16-CR6-129868
(c) Date of sentencing: June 26, 2017

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
Other: Not receiving production of documents

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number, case number, or opinion number: #14-CR8-126847
(c) Decision or action you are challenging: Not receiving production of documents
(d) Date of the decision or action: N/A

### Your Earlier Challenges of the Decision or Action

7. First appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy?
Yes
(a) If "Yes," provide
(1) Name of the authority, agency, or court: First Circuit of Appeal, Louisiana
(2) Date of filing: N/A
(3) Docket number, case number, or opinion number: N/A
(4) Result: writ denied

3.

   (6) Issues raised: Not receiving production of documents

8. Second appeal
   After the first appeal, did you file a second appeal to a higher authority, agency, or court? Yes
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Supreme Court of Louisiana
      (2) Date of filing: N/A
      (3) Docket number, case number, or opinion number:
      (4) Result: writ denied
      (5) Date of result: N/A
      (6) Issues raised: Not receiving production of documents

9. I didn't have to file

10. I didn't have to file

11. I didn't have to file

12. I didn't have to file

   Grounds for Your Challenge in This Petition
13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

4.

GROUND ONE: 5th and 14th Amendments
(a) Supporting facts: Judge William Burns granted my motion to produce documents. Tammy Spears isn't only giving me the motions that she want to give me and not my trail transcripts. Judge William Burns hired a counsel, which I opposed, but she didn't even go through counsel to give me my records.
(b) Did you present Ground One in all appeals that were available to you? Yes

GROUND TWO: 5th and 14th Amendments
(a) Supporting facts: Clerk of Court Johnny D. Crain, Jr. vicarious liability meaning indirect liability, although the supervisor did not have a direct intent to violate the right of the plaintiff, through negligence the act took place. A supervisor is liable if the illegal act by a subordinate.
(b) Did you present Ground Two in all appeals that were available to you? Yes

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I presented all my claims in state court

Request for Relief
15. State exactly what you want the court to do: Civil, Criminal, and Administrative Liabilities.

Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system? 03-07-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03-07-2022

Jason Spikes

Jason J. Spikes
537025
R.C.C.
27268 Hwy. 21
Angie, LA 70426

NOT CENSORED
Not Responsible for Contents

RAYBURN CORRECTIONAL CENTER

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

US POSTAGE — PITNEY BOWES
ZIP 70426
02 4W
0000374756 MAR 2022
$ 001.76

*Jason Spikes*

Signature Should Match Tape
If Not

Tampered With